IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:15-cv-00017-D

| | |
|---|---|
| JANICE CANADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| PENDER COUNTY, PENDER COUNTY ) | |
| HEALTH DEPARTMENT, and CAROLYN ) | |
| MOSER, in her official and individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the defendants' uncontested Motion to Stay Discovery in this action pending resolution of the defendants' Motion to Dismiss. Having considered carefully the defendants' reasons for the requested stay, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED THAT this matter and all discovery deadlines are hereby stayed pending resolution of the defendants' Motion to Dismiss.

SO ORDERED, this _18_ day of _March_, 2015.

JAMES C. DEVER III
Chief United States District Judge