UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JANICE CANADY,<br><br>                      Plaintiffs,<br><br>V.<br><br>PENDER COUNTY, PENDER COUNTY HEALTH DEPARTMENT, and CAROLYN MOSER,<br><br>                      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:15-CV-17-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** defendants' motion to dismiss [D.E. 14] is GRANTED IN PART, and plaintiff's Family and Medical Leave Act claim is DISMISSED WITH PREJUDICE. The court DECLINES to exercise supplemental jurisdiction over Canady's state-law claims and REMANDS the action to Pender County Superior Court. The clerk shall close the case.

SO ORDERED. This 4th day of March, 2016.


**This Judgment Filed and Entered on March 4, 2016, and Copies To:**

| | |
|---|---|
| Erma L. Johnson | (via CM/ECF Notice of Electronic Filing) |
| Mary Craven Adams | (via CM/ECF Notice of Electronic Filing) |
| Sonny S. Haynes | (via CM/ECF Notice of Electronic Filing) |

DATE:                                  JULIE RICHARDS JOHNSTON, CLERK

March 4, 2016                   (By)  /s/ Nicole Briggeman
                                                Deputy Clerk